UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------X

| | |
|---|---|
| GARRETH MURRELL, TEVIN BROWN, KENNETH SAPP, RAOUL GERDES, CHEVON RILEY, SHADDON BESWICK, JOSEPH ASHBY, MAURICE PERRY, ANTWAN SENIOR, PABLO DOMINGUEZ, LUIS TAYLOR, VAUGHN BURKE, ANDRAE BROWN, ANTONIO ZAPATA, KEVIN FOWLER, MORENS BADIAU, GIOVANNI BENJAMIN, and CHRISTOPHER MERCURE on behalf of themselves and all similarly-situated employees, | Civil Action No.: 19 Civ. 02656 (KAM)(PCG) **NOTICE OF MOTION FOR PRELIMINARY APPROVAL OF FLSA COLLECTIVE SETTLEMENT** |
| Plaintiffs, | |
| v. | |
| PRO CUSTOM SOLAR LLC d/b/a MOMENTUM SOLAR, JESSICA ADAMS, RAJAN SILBERMAN and ADAM MURAWSKI, in their individual and professional capacities, | |
| Defendants. | |

------------------------------------------------------------X

**PLEASE TAKE NOTICE** that pursuant to the Fair Labor Standards Act, Plaintiffs Garreth Murrell, Tevin Brown, Kenneth Sapp, Raoul Gerdes, Chevon Riley, Shaddon Beswick, Joseph Ashby, Maurice Perry, Antwan Senior, Pablo Dominguez, Luis Taylor, Vaughn Burke, Andrae Brown, Antonio Zapata, Kevin Fowler, Morens Badiau, Giovanni Benjamin and Christopher Mercure will move this Court, without opposition from Defendant Momentum Solar LLC formerly known as Pro Custom Solar LLC d/b/a Momentum Solar ("Momentum Solar"), at the United States District Court, Eastern District of New York, located at 225 Cadman Plaza East, Brooklyn, New York 11201, before the Court, on a date at a time to be designated by the Court, for an order granting Preliminary Approval of the FLSA Settlement, appointing Wigdor LLP as counsel for the FLSA Collective, appointing Arden Claims Services as the Claims Administrator,

1

approving the Notice to the FLSA Collective members of the Motion for Preliminary Approval of the FLSA Settlement Agreement and any other relief that the Court may find just and proper.

Dated: February 5, 2026　　　　　　　　　　　Respectfully submitted,
　　　　New York, New York

**WIGDOR LLP**

By: _____
　　　Jeanne M. Christensen
　　　Noah Jacobs

85 Fifth Avenue
New York, NY 10003
Tel. (212) 257-6800
Fax. (212) 257-6845
jchristensen@wigdorlaw.com
njacobs@wigdorlaw.com

*Counsel for Plaintiffs*